**C. B. WOOD, Doing Business as C. B. Wood Motor Company, Appellant, v. Chester BOWLES, Administrator, Appellee.**

**No. 10209.**

Circuit Court of Appeals, Sixth Circuit.

May 29, 1946.

Wils Davis and W. H. Fisher, both of Memphis, Tenn., for appellant.

Edward N. Vaden, of Atlanta, Ga., and Milton Klein and David London, both of Washington, D. C., for appellee.

Before SIMONS, ALLEN, and MILLER, Circuit Judges.

PER CURIAM.

Upon an appeal from a sentence imposed by the district court upon a finding that the appellant was in contempt for the violation of an injunction restraining him from selling automobiles at a price in excess of the ceiling promulgated by the Office of Price Administration, it appearing that the issue submitted to the district court was solely one of fact, that the finding made by the court is supported by substantial evidence, that we are not able to perceive any clear error therein nor any error in the procedure at the hearing or in the judgment and sentence, it is hereby ordered that the judgment below be and it is affirmed.

**L. Metcalfe WALLING, Administrator of the Wage and Hour Division, United States Department of Labor, Appellant, v. Melvin KREINBRING, d. b. a. Texas Cartage Company, Appellee.**

**No. 10195.**

Circuit Court of Appeals, Sixth Circuit.

May 6, 1946.

Wm. S. Tyson and Jeter S. Ray, both of Washington, D. C., for appellant.

Matheson, Dixon & Brady, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This case is reversed and remanded upon the authority of Griffin Cartage Company, Inc., v. Walling, Adm'r, etc., 6 Cir., 153 F.2d 587; the appellant in recognition of the decision in the above case having failed to file a brief or present oral argument

**Paul BETLEY, Appellant, v. UNITED STATES of America.**

**No. 13347.**

Circuit Court of Appeals, Eighth Circuit.

April 22, 1946.

Emanuel Sgutt, of Fargo, N. D., for appellant.

P. W. Lanier, U. S. Atty., and Harry Lashkowitz, Asst. U. S. Atty., both of Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.